# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Simone Chaboyea,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-304(2) PAM

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Lyonel Norris shall appear as appointed counsel of record for the above named defendant in this case.

Dated: January 21, 2005

s/Lyonel Norris

LYONEL NORRIS
Attorney ID No. 165888
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415