**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Jonathan G. Lebedoff<br>U.S. Chief Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: CR 01-304 PAM/SRN<br>Date: January 21, 2005 |
| **Simone Kathleen Chaboyea**, | ) | Court Reporter: None<br>Tape Number: Not available |
| Defendant. | ) | Time Commenced: 3:00 p.m.<br>Time Concluded: 3:05<br>Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Frank McGill
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: June 6, 2004 Offense: Committed a crime while on Supervised Release. Tested positive for cocaine. Failure to report to VOA. Failure to notify probation of new address. Failure to complete treatment program.

TCharges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 **Charges from other District** ______________________________________________

T Government moves for detention.
Motion is: T granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.**

Next appearance date is January 25, 2005 at 10:00 a.m. before U.S. Magistrate Judge J. Earl Cudd for:

T detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T preliminary revocation

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Signature of Judicial Assistant