**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Simone Kathaleen Chaboyea**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: J. Earl Cudd<br>U.S. Magistrate Judge<br><br>Case No: CR 01-304 PAM/SRN<br>Date: January 25, 2005<br>Court Reporter: None<br>Tape Number: 2005-3-219-238<br>Time Commenced: 10:05 a.m.<br>Time Concluded: 10:08 a.m.<br>Time in Court: 3 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: John Marti
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** T **Supervised Release**

9 **Charges from other District** ________________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $______________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before __________________on____________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Final Revocation Hearing on February 2, 2005 at 9:00 a.m. before Judge Paul A. Magnuson in St. Paul.**
**Defendant waived detention & preliminary revocation hearings.**

s/Joan Flood
Signature of Judicial Assistant