A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

JUN 7 4 14 PM '04
RECEIVED
U.S. MARSHAL
ST PAUL, MN.

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-304 (2) PAM/SRN**
0441-0609-0904-D

Simone Kathleen Chaboyea

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Simone Kathleen Chaboyea
PO Box 997
Red Lake, MN 56671

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of supervised release

Ordered by: Paul A. Magnuson, United States District Court Judge.

Leah E. Gilgenbach

(By) Leah E. Gilgenbach, Deputy Clerk

June 7, 2004 at St. Paul, MN

RECEIVED
05 JAN 23 PM 4:45
CLERK US DIST CT
MINNEAPOLIS

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 1-20-05
ARRESTED BY Donna Cortez ; Murphy
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lamunte

N:\01cr3042.wpd

SCANNED
JAN 31 2005
U.S. DISTRICT COURT MPLS

DC Modified 04/06/04