# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**Simone Kathaleen Chaboyea**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **Criminal 01-304(2) PAM**
USM Number: **10118-041**
Social Security Number: **9741**
Date of Birth: **1981**

**Lyonel Norris**
Defendant's Attorney

**THE DEFENDANT: Simone Kathaleen Chaboyea**

[**x**] admitted guilt to violation of condition(s): **Mandatory conditions and Special conditions** of the term of supervision.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory condition | Sentenced in Red Lake Nation Tribal Court | 3/25/2004 |
| Mandatory condition | Tested positive for drug use | 3/17/2004 |
| Standard condition #6 | Failed to inform probation officer change in residence | 3/17/2004 |
| Special co[illegible] | [illegible] | 5/31/2004 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**February 2, 2005**
Date of Imposition of Judgment

s/Paul A. Magnuson
Signature of Judge

**PAUL A. MAGNUSON**, Senior United States District Judge
Name & Title of Judge

**February 2, 2005**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: SIMONE KATHALEEN CHABOYEA
CASE NUMBER: CRIMINAL 01-304(2)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **six (6) months.**. No supervision to follow.

[**x**] The court makes the following recommendations to the Bureau of Prisons:
**the defendant be designated to the facility at Pekin, IL. The court also recommends if any drug treatment is available at the facility that the defendant participate in the program.**

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] **before on** .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ____________________________

at __________________________ , with a certified copy of this judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal